IN THE CIRCUIT COURT OF POPE COUNTY, ARKANSAS

| | |
|---|---|
| M.S. WHOLESALE PLUMBING, INC. on behalf of itself and all other entities and persons similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>WESTFAX, INC;<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>) CASE NO. 58CV-15-442<br>) JURY DEMAND<br>)<br>) CERTIFIED CLASS ACTION<br>)<br>)<br>)<br>) |

## FINAL JUDGMENT

Pursuant to this Court's Order granting Plaintiffs' Motion for Summary Judgment. This certified plaintiffs class is hereby granted judgment against Defendant Westfax, Inc., in the amount of $21,135,500.00 (TWENTY-ONE MILLION ONE HUNDRED THIRTY-FIVE THOUSAND FIVE HUNDRED DOLLARS and NO/100), with post judgment interest to accrue thereon at the rate of 10% per annum as provided for by Arkansas law. This shall be the final order in this matter.

IT IS SO ORDERED.

*Dennis C. Sutterfield*
HON. DENNIS C. SUTTERFIELD
Circuit Judge, Pope County, Arkansas