# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF ARKANSAS
## WESTERN DIVISION

**M.S. WHOLESALE PLUMBING, INC.**  **PLAINTIFF**
on behalf of itself and all other entities
and persons similarly situated

v.　　　　　CASE NO. 4:19-CV-00473 BSM

**WESTFAX, INC.**　　　　　**DEFENDANT**

**WELLS FARGO BANK, N.A.**　　　　　**GARNISHEE**

## ORDER

The parties are ordered to submit by noon on July 17, 2019, briefs explaining why I should not abstain. Wells Fargo Bank, N.A. is further ordered to submit its response to M.S. Wholesale Plumbing, Inc.'s motion to remand by noon on July 17, 2019.

IT IS SO ORDERED this 15th day of July 2019.

　　　　　　　　　　　　　　　／s／ Brian S. Miller
　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE